UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                  Case No. 17-mj-30564

vs.                                 HON. TERRENCE G. BERG

JOHNATHAN NEGRONI RODRIGUEZ,

    Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S
MOTION TO STAY AND FOR DE NOVO REVIEW OF
DETENTION ORDER (DKT.4), SETTING A MOTION HEARING,
AND APPOINTING THE FEDERAL DEFENDER**

Pursuant to an order rendered at a telephonic hearing held on October 24, 2017:

The government's corrected motion for stay of the release order entered in the Middle District of California, Case No. MJ 17-2633 is GRANTED (Dkt. 4).

The United States Marshal is directed to transport the defendant to the Eastern District of Michigan, arriving no later than **Monday, November 6, 2017**.

The Court shall conduct a hearing regarding the government's appeal of detention order on **Tuesday, November 7, 2017 at 2:00**

**p.m.**, at the Theodore Levin Courthouse, Courtroom 110, 231 W. Lafayette Blvd., Detroit, MI 48226.

Further, because defendant is currently unrepresented by counsel in this district,

**IT IS ORDERED** that the Federal Defender, 613 Abbott Street, 5th floor, Detroit, Michigan 48226, telephone (313) 967-5555, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

**IT IS FURTHER ORDERED** that should this case require the assignment of an attorney from the CJA panel, the Federal Defender is authorized to issue such appointment using the electronic system to create the appropriate CJA appointment form. CJA Counsel will represent the defendant in this case unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

SO ORDERED.

Dated: October 25, 2017        s/Terrence G. Berg
                               TERRENCE G. BERG
                               UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE
Copies of this Order were served upon attorneys of record on
<u>October 25, 2017</u>, by electronic and/or ordinary mail.

<u>/s/ Amanda Chubb</u>
Case Manager